R AND R POOL AND PATIO, INC., ET AL. *v.* ZONING
BOARD OF APPEALS OF THE TOWN OF RIDGEFIELD

The plaintiffs' petition for certification for appeal
from the Appellate Court, 102 Conn. App. 351 (AC
27828), is denied.

SCHALLER, J., did not participate in the consider-
ation or decision of this petition.

*Robert A. Fuller*, in support of the petition.

*Barbara M. Schellenberg*, in opposition.

Decided September 5, 2007

STATE OF CONNECTICUT *v.* KEVIN M. BOYLE

The petition by the state of Connecticut for certifica-
tion for appeal from the Appellate Court, 102 Conn.
App. 507 (AC 28157), is granted, limited to the follow-
ing issue:

"Whether the Appellate Court correctly determined
that the trial court abused its discretion when it modi-
fied the conditions of the defendant's probation to
include sex offender evaluation and possibly
treatment?"

The Supreme Court docket number is SC 17966.

*Timothy J. Sugrue*, senior assistant state's attorney,
in support of the petition.

*Martin Zeldis*, public defender, in opposition.

Decided September 5, 2007